42,672-01



CRAIG WATKINS
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

December 29, 2014

Abel Acosta, Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

      Re:   Trial Court Cause No. W91-22107-Q(A);
              *Ex parte James Berkely Harbin, II*

Dear Mr. Acosta:

On December 19, 2014, the Dallas County District Clerk's Office filed the Clerk's Record in the above-mentioned case. That record contained the trial court's Findings of Fact and Conclusions of Law. The findings were issued on December 16, 2014 by the Honorable Lena Levario, Presiding Judge of the 204th Judicial District Court in Dallas County. The State was never served with a copy of said findings. The State learned of the December 16 findings (which recommend that relief be granted in Applicant's case) on December 29, 2014 when the State, exercising due diligence, searched the online records pertaining to this case.

Please allow this letter to serve as notice that, with all possible speed, the State will prepare and file with the trial court a State's Objections to the Trial Court's December 16, 2014 Findings of Fact and Conclusions of Law in the above-mentioned case.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 14 2015

Abel Acosta, Clerk

Sincerely,

Brian Higginbotham
Assistant District Attorney
State Bar No. 24078665
Frank Crowley Courts Building
133 N. Industrial Blvd., LB-19
Dallas, Texas 75207-4399
(214) 653-3625
(214) 653-3643 *fax*

cc: Gary Udashen (via email)
Lena Levario (via email)